COLBY B. SPRINGER (CA SBN 21468)
cspringer@polsinelli.com
HANNAH YANG (CA SBN 311814)
hyang@polsinelli.com
Miya Yusa (CA SBN 314563)
myusa@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101

Attorney for Plaintiff
ANZA TECHNOLOGY, INC.

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
XILINX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANZA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> XILINX, INC., <br><br> Defendant. | Case No. 5:17-cv-06302-LHK <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Anza Technology, Inc. and Defendant Xilinx, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims arising in the above-captioned action, with each party bearing its own costs and attorneys' fees.

Dated: July 23, 2018

By: /s/ *Colby B. Springer*
    Colby B. Springer

COLBY B. SPRINGER (CA SBN 21468)
cspringer@polsinelli.com
HANNAH YANG (CA SBN 311814)
hyang@polsinelli.com
Miya Yusa (CA SBN 314563)
myusa@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101

Attorney for Plaintiff
ANZA TECHNOLOGY, INC.

By: /s/ *Bita Rahebi*
    Bita Rahebi

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
XILINX, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ *Colby B. Springer*